# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHEN G. OPPERWALL,**<br>Plaintiff**,**<br>vs.<br>**STATE FARM FIRE AND CASUALTY COMPANY,**<br>Defendant**.** | CASE NO. 17-cv-07083-YGR<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. Nos. 9, 10 |

Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds defendant's motion to strike (Dkt. No. 9) and motion to dismiss (Dkt. No. 10) appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for February 13, 2018.

**IT IS SO ORDERED.**

Dated: February 9, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**