Stephen G. Opperwall (SBN 100057)
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: (925) 417-0300
Facsimile: (925) 417-0301
E-mail: steve.opperwall@comcast.net

Plaintiff In Pro Per
Stephen G. Opperwall

**GRANTED**
/s/ Judge Yvonne Gonzalez Rogers
4/23/18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Stephen G. Opperwall,<br><br>    Plaintiff,<br><br>vs.<br><br>State Farm Fire and Casualty Company;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 4:17-cv-07083-YGR<br><br>Notice of Voluntary Dismissal Without Prejudice |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: April 9, 2018                    LAW OFFICES OF
                                        STEPHEN G. OPPERWALL

                                        /s/ Stephen G. Opperwall
                                        _____
                                        STEPHEN G. OPPERWALL
                                        Plaintiff In Pro Per

notice of voluntary dismissal without prejudice.doc.wpd

1

Notice of Voluntary Dismissal Without Prejudice